MICHELLE LABAYEN  
LAW OFFICES OF MICHELLE LABAYEN PC  
24 COMMERCE STREET  
SUITE 1300  
NEWARK, NJ  07102

Re: DENNIS SHLIONSKY  
LORI SHLIONSKY  
15 SCHINDLER TERR.  
WEST ORANGE,  NJ  07052

Atty: MICHELLE LABAYEN  
LAW OFFICES OF MICHELLE LABAYEN PC  
24 COMMERCE STREET  
SUITE 1300  
NEWARK, NJ  07102

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-15904

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $36,600.00**

## RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/22/2019 | $650.00 | 5799515000 | 06/03/2019 | $650.00 | 5904014000 |
| 07/05/2019 | $650.00 | 5993204000 | 08/26/2019 | $650.00 | 6121076000 |
| 09/30/2019 | $1,300.00 | 6210541000 | 11/12/2019 | $650.00 | 6323553000 |
| 01/07/2020 | $1,300.00 | 6465102000 | 03/09/2020 | $650.00 | 6627736000 |
| 03/19/2020 | $1,300.00 | 6648569000 | 04/20/2020 | $650.00 | 6727727000 |
| 05/14/2020 | $650.00 | 6787977000 | 06/23/2020 | $650.00 | 6884141000 |
| 07/27/2020 | $350.00 | 6965784000 | 08/31/2020 | $350.00 | 7050509000 |
| 09/21/2020 | $350.00 | 7100100000 | 10/09/2020 | $350.00 | 7147908000 |
| 11/04/2020 | $350.00 | 7212972000 | 01/05/2021 | $350.00 | 7356216000 |

**Total Receipts: $11,850.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $11,850.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUICKEN LOANS INC | | | | | | | |
| | 04/20/2020 | $731.00 | 847,482 | | | | |
| STATE OF NJ | | | | | | | |
| | 11/18/2019 | $7.01 | 838,279 | | 02/10/2020 | $12.77 | 843,897 |
| | 04/20/2020 | $7.72 | 847,798 | | 06/15/2020 | $8.08 | 851,246 |
| | 09/21/2020 | $6.39 | 856,799 | | 11/16/2020 | $6.71 | 860,398 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 11/18/2019 | $1,008.44 | 8,001,323 | | 12/16/2019 | $611.94 | 8,001,362 |
| | 02/10/2020 | $1,223.89 | 8,001,441 | | 04/20/2020 | $1,109.88 | 8,001,529 |
| | 06/15/2020 | $1,161.92 | 8,001,647 | | 08/17/2020 | $597.10 | 8,001,769 |
| | 09/21/2020 | $321.51 | 8,001,832 | | 10/19/2020 | $321.51 | 8,001,890 |
| | 11/16/2020 | $643.03 | 8,001,946 | | 12/21/2020 | $321.51 | 8,002,005 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 19-15904**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 673.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | 360 FEDERAL CREDIT UNI | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AES/HUNTNGTN | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AES/NCT | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AES/PHEAA REHABS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITIZENS BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 13,205.00 | * | 0.00 | |
| 0007 | BEST BUY CREDIT SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,095.97 | * | 0.00 | |
| 0009 | CHASE BANK USA, N.A. | UNSECURED | 5,248.01 | * | 0.00 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,118.10 | * | 0.00 | |
| 0012 | LVNV FUNDING LLC | UNSECURED | 4,163.40 | * | 0.00 | |
| 0013 | CITIZENS BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | QUANTUM3 GROUP LLC | UNSECURED | 863.15 | * | 0.00 | |
| 0016 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | DISCOVER STUDENT LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | NJCLASS | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | HSBC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MINNESOTA REVENUE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0026 | NATIONAL COLLEGIATE STUDENT LOAN | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | OPTIMUM | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | QUICKEN LOANS INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0032 | RELIAMAX LENDING SERVI | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | SUNRISE CREDIT SERVICES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,672.04 | * | 0.00 | |
| 0038 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | WELLS FARGO CARD SERVICES | UNSECURED | 9,962.50 | * | 0.00 | |
| 0043 | WEST VA UNIV/STU LN OF | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | META BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | CITIZENS BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | BANK OF AMERICA | UNSECURED | 4,962.93 | * | 0.00 | |
| 0049 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | NAVIENT SOLUTIONS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | META BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | YOUNOMICS | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | YOUNOMICS | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | RELIAMAX LENDING SERVI | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | RELIAMAX LENDING SERVI | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | HSBC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | DISCOVER STUDENT LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-15904**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0071 | NAVIENT SOLUTIONS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | NAVIENT SOLUTIONS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | META BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | NAVIENT SOLUTIONS LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0091 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0092 | UNITED STATES TREASURY/IRS | PRIORITY | 11,504.61 | 100.00% | 7,320.73 | |
| 0093 | UNITED STATES TREASURY/IRS | UNSECURED | 58.59 | * | 0.00 | |
| 0094 | STATE OF MINNESOTA DEPARTMENT OF | UNSECURED | 1,455.70 | * | 0.00 | |
| 0095 | SUN TRUST BANK SUPPORT SERVICES | UNSECURED | 9,326.46 | * | 0.00 | |
| 0096 | AES/RBS CTZN | UNSECURED | 0.00 | * | 0.00 | |
| 0097 | AES/RBS CTZN | UNSECURED | 0.00 | * | 0.00 | |
| 0098 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0099 | YOUNOMICS | UNSECURED | 0.00 | * | 0.00 | |
| 0100 | YOUNOMICS | UNSECURED | 0.00 | * | 0.00 | |
| 0101 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,587.42 | * | 0.00 | |
| 0102 | STATE OF NJ | PRIORITY | 80.00 | 100.00% | 48.68 | |
| 0103 | QUICKEN LOANS INC | ADMINISTRATIVE | 731.00 | 100.00% | 731.00 | |

**Total Paid: $11,524.01**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $11,850.00      -      Paid to Claims: $8,100.41      -      Admin Costs Paid: $3,423.60      =      Funds on Hand: $325.99

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.