Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  19−15904−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dennis Shlionsky                                   Lori Shlionsky
   15 Schindler Terr.                                 fka Lori B. Belsito
   West Orange, NJ 07052                 15 Schindler Terr.
                                                  West Orange, NJ 07052

Social Security No.:
   xxx−xx−8267                                        xxx−xx−7428

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 27, 2021.

Dated: January 28, 2021
JAN: ntp

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-15904-SLM
Dennis Shlionsky                                                                                        Chapter 13
Lori Shlionsky
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 4
Date Rcvd: Jan 28, 2021                       Form ID: plncf13                               Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Shlionsky, Lori Shlionsky, 15 Schindler Terr., West Orange, NJ 07052-1079 |
| cr | + | QUICKEN LOANS, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518137843 | + | 360 Federal Credit Uni, Po Box 37603, Philadelphia, PA 19101-0603 |
| 518137844 | + | Aes/huntngtn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 518137845 | + | Aes/nct, Po Box 61047, Harrisburg, PA 17106-1047 |
| 518137846 | + | Aes/pheaa Rehabs, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518137847 | + | Aes/rbs Ctzn, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518137848 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518200332 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518137849 | + | Best Buy Credit service, Po Box 78009, Phoenix, AZ 85062-8009 |
| 518197763 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518137853 | + | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518137854 | + | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518137857 | + | D & A Services, LLC, 1400 E. Touhy Avenue, Ste G2, Des Plaines, IL 60018-3338 |
| 518137866 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, Po Box 9001094, Louisville, KY 40290 |
| 518137860 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 518137861 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518137862 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518137863 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 518137864 | + | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 518214027 | + | Hsbc Bank, Hsbc Card Srvs/Attn: Bankruptcy, Po Box 4215, Buffolo, NY 14240. 14240-4215 |
| 518188442 | | Meta Bank, Launch Servicing, Po Box 91910, Sioux Falls SD, 57109-1910 |
| 518226654 | + | NJCLASS, PO BOX 548, TRENTON NJ 08625-0548 |
| 518137868 | + | National Collegiate Student Loan Trust, 300 Delaware AVenue, 9th Floor, Wilmington, DE 19801-1607 |
| 518137870 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 518137871 | + | New Jersey turnpike authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 518137873 | + | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 518298167 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF TAXATION, P O BOX 245, TRENTON NJ 08695 |
| 518158096 | + | State of Minnesota,Department of Revenue, Minnesota Revenue, PO Box 6444 7 - BKY, St Paul, MN 55106-0444 |
| 518137876 | + | State of New Jersey, Deptartment of taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 518137877 | + | Stillman Law Office, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 518176566 | + | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518137878 | + | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 518301961 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518137882 | + | United Collection Bureau, Inc, 5620 Southwyck Blvd, suite 206, Toledo, OH 43614-1501 |
| 518137883 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518263168 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518137884 | + | West Va Univ/stu Ln Of, Po Box 6003, Morgantown, WV 26506-6003 |
| 518137885 | + | Younomics, 35 E 21st Street, New York, NY 10010-6212 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: plncf13 | Total Noticed: 67 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518169883 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 28 2021 22:02:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 518137850 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 28 2021 23:19:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518181444 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 28 2021 23:19:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518137852 | + Email/Text: bankruptcy.notifications@fisglobal.com | Jan 28 2021 22:04:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 518137856 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2021 22:03:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518137858 | + Email/PDF: pa_dc_ed@navient.com | Jan 28 2021 23:21:06 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 518137859 | + Email/Text: DSLBKYPRO@discover.com | Jan 28 2021 22:04:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 518156883 | + Email/Text: DSLBKYPRO@discover.com | Jan 28 2021 22:04:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 518137865 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2021 22:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518137851 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 28 2021 23:20:58 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518267735 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2021 23:20:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518137867 | + Email/Text: mdor.bkysec@state.mn.us | Jan 28 2021 22:02:00 | Minnesota Revenue, PO Box 64564, Saint Paul, MN 55164-0564 |
| 518854987 | Email/Text: BKRMailOps@weltman.com | Jan 28 2021 22:04:00 | National Collegiate Student Loan Trust 2007-3, c/o Weltman, Weinberg & Reis Co., LPA, PO Box 93784, Cleveland, OH 44101-5784 |
| 518137869 | + Email/PDF: pa_dc_claims@navient.com | Jan 28 2021 23:21:05 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518260123 | Email/PDF: pa_dc_claims@navient.com | Jan 28 2021 23:18:59 | Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518271837 | Email/PDF: pa_dc_claims@navient.com | Jan 28 2021 23:21:06 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518137872 | + Email/Text: bcwrtoff@cablevision.com | Jan 28 2021 22:05:00 | Optimum, po box 371378, Pittsburgh, PA 15250-7378 |
| 518272565 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2021 23:18:57 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518272619 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2021 23:18:57 | Portfolio Recovery Associates, LLC, c/o Lord&taylorconvertedaccts, POB 41067, Norfolk VA 23541 |
| 518176081 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 28 2021 22:04:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | WOODWARD AVE., DETROIT MI 48226-3408 |
| 518263210 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2021 22:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518137875 | + | Email/PDF: clerical@simmassociates.com | Jan 28 2021 23:21:01 | Simms Associates Inc, 800 Pencader Drive, Newark, DE 19702-3354 |
| 518137879 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2021 23:20:55 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518137880 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2021 23:19:51 | Synchrony Bank, PO BOX 965033, Orlando, FL 32896-5033 |
| 518137881 | | Email/Text: DASPUBREC@transunion.com | Jan 28 2021 22:02:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 518253189 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 28 2021 23:21:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518734892 | *+ | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518137855 | ##+ | Citizens Bank NA, 725 Canton Street, Norwood, MA 02062-2679 |
| 518137874 | ##+ | Reliamax Lending Servi, 2300 East 54th St North, Sioux Falls, SD 57104-8810 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Dennis Shlionsky michelle@labayenlaw.com silvia@labayenlaw.com;giovanna@labayenlaw.com |
| Michelle Labayen | on behalf of Plaintiff Lori Shlionsky michelle@labayenlaw.com silvia@labayenlaw.com;giovanna@labayenlaw.com |
| Michelle Labayen | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 28, 2021 | Form ID: plncf13 | Total Noticed: 67 |

| | |
|---|---|
| | on behalf of Joint Debtor Lori Shlionsky michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com |
| Michelle Labayen | on behalf of Plaintiff Dennis Shlionsky michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com |
| Nathalie Paul | on behalf of Defendant National Collegiate Student Loan Trust 2006-3 npaul@weltman.com |
| Nathalie Paul | on behalf of Defendant 2007-2 National Collegiate Student Loan npaul@weltman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9