| | |
|---|---|
| United States Bankruptcy Court<br>District of New Jersey | |
| Caption of Compliance with D.N.J 9004-2(c)<br>Michelle Labayen (ML 2960)<br>Law Office of Michelle Labayen PC<br>24 Commerce Street suite 1300<br>Newark NJ 07102<br>973-622-1584<br>michelle@labayenlaw.com | Case No.: 19-15904 (SM)<br><br>Honorable Stacey Meisel;<br><br>Chapter 13 |
| In Re:<br><br>Dennis Shlionsky<br>Lori Shlionsky | |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Rodney Nelson, Esq. as Attorney for the Debtor in the above entitled case.

**Date**
7/31/2023

*/s/ Rodney Nelson, Esq*
Rodney Nelson
Superseding attorney

**Date**
7/31/2023

*/S/ Michelle Labayen*
MICHELLE LABAYEN
Withdrawing Attorney