UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Dennis Shlionsky

Case No.: 19-15904

Chapter: 13

Judge: Stacey L. Meisel

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Dennis Shlionsky_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/12/2024

/s/ Dennis Shlionsky
Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Lori Shlionsky | Case No.: 19-15904<br><br>Chapter: 13<br><br>Judge: Stacey L. Meisel |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Lori Shlionsky_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/12/2024                                           /s/ Lori Shlionsky
                                                          Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*