| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Dennis Shlionsky<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8267<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lori Shlionsky<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7428<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–15904–SLM | | |

## Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dennis Shlionsky                                  Lori Shlionsky
                                                  fka Lori B. Belsito

<u>5/3/24</u>                                     **By the court:** <u>Stacey L. Meisel</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-15904-SLM |
|---|---|
| Dennis Shlionsky | Chapter 13 |
| Lori Shlionsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: 3180W | Total Noticed: 68 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Shlionsky, Lori Shlionsky, 15 Schindler Terr., West Orange, NJ 07052-1079 |
| cr | + | QUICKEN LOANS, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518137843 | + | 360 Federal Credit Uni, Po Box 37603, Philadelphia, PA 19101-0603 |
| 518137844 | + | Aes/huntngtn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 518137855 | + | Citizens Bank NA, 725 Canton Street, Norwood, MA 02062-2609 |
| 518137862 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518137863 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 518188442 | | Meta Bank, Launch Servicing, Po Box 91910, Sioux Falls SD, 57109-1910 |
| 518226654 | + | NJCLASS, PO BOX 548, TRENTON NJ 08625-0548 |
| 518137868 | + | National Collegiate Student Loan Trust, 300 Delaware AVenue, 9th Floor, Wilmington, DE 19801-1607 |
| 518137870 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 518158096 | + | State of Minnesota,Department of Revenue, Minnesota Revenue, PO Box 6444 7 - BKY, St Paul, MN 55106-0444 |
| 518137876 | + | State of New Jersey, Deptartment of taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 518301961 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518137883 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518137884 | + | West Va Univ/stu Ln Of, Po Box 6003, Morgantown, WV 26506-6003 |
| 518137885 | + | Younomics, 35 E 21st Street, New York, NY 10010-6212 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 03 2024 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 03 2024 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518137845 | + | Email/Text: bncnotifications@pheaa.org | May 03 2024 20:33:00 | Aes/nct, Po Box 61047, Harrisburg, PA 17106-1047 |
| 518137846 | + | Email/Text: bncnotifications@pheaa.org | May 03 2024 20:33:00 | Aes/pheaa Rehabs, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518137847 | + | Email/Text: bncnotifications@pheaa.org | May 03 2024 20:33:00 | Aes/rbs Ctzn, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518137848 | + | EDI: BANKAMER | May 04 2024 00:18:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518200332 | + | EDI: BANKAMER2 | | |

Case 19-15904-SLM    Doc 95    Filed 05/05/24    Entered 05/06/24 00:15:20    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: 3180W | Total Noticed: 68 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 04 2024 00:19:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518137849 | + | EDI: CITICORP | May 04 2024 00:19:00 | Best Buy Credit service, Po Box 78009, Phoenix, AZ 85062-8009 |
| 518169883 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 03 2024 20:33:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 518137850 | + | EDI: CAPITALONE.COM | May 04 2024 00:19:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518181444 | + | EDI: AIS.COM | May 04 2024 00:19:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518197763 | + | Email/Text: RASEBN@raslg.com | May 03 2024 20:33:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518137852 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 03 2024 20:34:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1595 |
| 518137853 | + | EDI: CITICORP | May 04 2024 00:19:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518137854 | + | EDI: CITICORP | May 04 2024 00:19:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518137856 | + | EDI: WFNNB.COM | May 04 2024 00:19:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518137857 | ^ | MEBN | May 03 2024 20:27:47 | D & A Services, LLC, 1400 E. Touhy Avenue, Ste G2, Des Plaines, IL 60018-3338 |
| 518137866 | | EDI: CITICORP | May 04 2024 00:19:00 | Macy's, Po Box 9001094, Louisville, KY 40290 |
| 518137858 | + | EDI: MAXMSAIDV | May 04 2024 00:19:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes-Barre, PA 18773-9635 |
| 518137859 | + | EDI: DISCOVERSL.COM | May 04 2024 00:19:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 518156883 | + | EDI: DISCOVERSL.COM | May 04 2024 00:19:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 518137860 | | Email/Text: bankruptcycourts@equifax.com | May 03 2024 20:34:00 | Equifax, POB 740241, Atlanta, GA 30374 |
| 518137861 | ^ | MEBN | May 03 2024 20:27:41 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518214027 | + | EDI: HFC.COM | May 04 2024 00:18:00 | Hsbc Bank, Hsbc Card Srvs/Attn: Bankruptcy, Po Box 4215, Buffolo, NY 14240. 14240-4215 |
| 518137864 | + | EDI: HFC.COM | May 04 2024 00:18:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 518137865 | + | EDI: IRS.COM | May 04 2024 00:19:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518137851 | | EDI: JPMORGANCHASE | May 04 2024 00:19:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518267735 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2024 20:31:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518137867 | + | EDI: MINNDEPREV.COM | May 04 2024 00:18:00 | Minnesota Revenue, PO Box 64564, Saint Paul, MN 55164-0564 |
| 518137871 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 03 2024 20:33:00 | New Jersey turnpike authority, PO Box 5042, Woodbridge, NJ 07095 |
| 518854987 | | Email/Text: BKRMailOps@weltman.com | May 03 2024 20:34:00 | National Collegiate Student Loan Trust 2007-3, c/o Weltman, Weinberg & Reis Co., LPA, PO Box 93784, Cleveland, OH 44101-5784 |

Case 19-15904-SLM    Doc 95    Filed 05/05/24    Entered 05/06/24 00:15:20    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: 3180W | Total Noticed: 68 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518137869 | + | EDI: NAVIENTFKASMSERV.COM | May 04 2024 00:19:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518260123 | | EDI: NAVIENTFKASMSERV.COM | May 04 2024 00:19:00 | Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518271837 | | EDI: MAXMSAIDV | May 04 2024 00:19:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518137872 | + | Email/Text: bcwrtoff@cablevision.com | May 03 2024 20:34:00 | Optimum, po box 371378, Pittsburgh, PA 15250-7378 |
| 518272565 | | EDI: PRA.COM | May 04 2024 00:19:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518272619 | | EDI: PRA.COM | May 04 2024 00:19:00 | Portfolio Recovery Associates, LLC, c/o Lord&taylorconvertedaccts, POB 41067, Norfolk VA 23541 |
| 518176081 | + | Email/Text: bankruptcyteam@quickenloans.com | May 03 2024 20:34:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518263210 | | EDI: Q3G.COM | May 04 2024 00:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518137873 | + | Email/Text: bankruptcyteam@quickenloans.com | May 03 2024 20:34:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 518298167 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 03 2024 20:33:00 | STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF TAXATION, P O BOX 245, TRENTON NJ 08695 |
| 518137875 | + | Email/PDF: clerical@simmassociates.com | May 03 2024 20:42:45 | Simms Associates Inc, 800 Pencader Drive, Newark, DE 19702-3354 |
| 518176566 | + | Email/Text: bankruptcy@bbandt.com | May 03 2024 20:34:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518137878 | + | Email/Text: bankruptcy@sunrisecreditservices.com | May 03 2024 20:33:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 518137879 | + | EDI: SYNC | May 04 2024 00:19:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518137880 | + | EDI: SYNC | May 04 2024 00:19:00 | Synchrony Bank, PO BOX 965033, Orlando, FL 32896-5033 |
| 518137881 | | Email/Text: DASPUBREC@transunion.com | May 03 2024 20:33:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519838327 | + | Email/Text: EBN@edfinancial.com | May 03 2024 20:33:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518137882 | + | Email/Text: BAN5620@UCBINC.COM | May 03 2024 20:33:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd, suite 206, Toledo, OH 43614-1501 |
| 518253189 | + | EDI: AIS.COM | May 04 2024 00:19:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518263168 | | EDI: WFFC2 | May 04 2024 00:19:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: 3180W | Total Noticed: 68 |

| 518734892 | *+ | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518137874 | ##+ | Reliamax Lending Servi, 2300 East 54th St North, Sioux Falls, SD 57104-8809 |
| 518137877 | ##+ | Stillman Law Office, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Plaintiff Lori Shlionsky michelle.a.labayen@gmail.com  rodney@labayenlaw.com;rahafalrehaili@labayenlaw.com |
| Michelle Labayen | on behalf of Plaintiff Dennis Shlionsky michelle.a.labayen@gmail.com  rodney@labayenlaw.com;rahafalrehaili@labayenlaw.com |
| Rodney Nelson | on behalf of Joint Debtor Lori Shlionsky rodneyknelson9@gmail.com  rahafalrehaili@labayenlaw.com |
| Rodney Nelson | on behalf of Debtor Dennis Shlionsky rodneyknelson9@gmail.com  rahafalrehaili@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10